

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2020

No. 04-20-00437-CV

**PROGRESO LLC** and Progreso La Michoacana Meat Market San Antonio #10, LLC,
Appellants

v.

Rosamaria **GONZALEZ**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI25139
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

A copy of appellant's notice of appeal was filed in this court on September 9, 2020. In accordance with section 51.017(a) of the Texas Civil Practice and Remedies Code, a notice of appeal must be served on each court reporter responsible for preparing the reporter's record. TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a).

The clerk of the court notified the appellant in writing that the certificate of service attached to the notice of appeal filed in this appeal does not certify that any court reporter was served. The clerk instructed the appellant to file an amended notice of appeal certifying proper service on the responsible court reporter(s). An amended notice of appeal has not been filed.

It is therefore ORDERED that Joseph D. Zopolsky file an amended notice of appeal in compliance with section 51.017(a) within ten days from the date of this order. If appellant fails to file an amended notice of appeal within the time provided, an order will be issued directing Mr. Zopolsky to appear and show cause why he should not be held in contempt for failing to file the amended notice of appeal. The clerk of this court shall cause a copy of this order to be served on Mr. Zopolsky by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2020.



Michael A. Cruz,
Clerk of Court